IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


DAVID CASON,

      Petitioner,

v.                                          CASE NO. 1:07-cv-261-MP-AK

WALTER A. MCNEIL,[1]

      Respondent.

_____/


**O R D E R**

      This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by

David Cason.  Petitioner has paid the filing fee. The Court has reviewed the petition, and

Respondent will now be required to file an answer or other pleading within the time set by this

order.  *See* § 2254 Rules 4 and 5.  If an answer is filed, it shall be in compliance with § 2254

Rule 5.  If a response is filed which raises a procedural argument not going to the merits,

Respondent may await a ruling on that defense before filing an answer on the merits.

Alternatively, Respondent may proceed directly to the merits without necessarily waiving the

exhaustion requirement.  *See* 28 U.S.C. §§ 2254(b)(2) and 2254(b)(3).

      Petitioner may file a response to Respondent's arguments within the time set by this

_____

      [1]James McDonough is no longer the Secretary of the Florida Department of Corrections, and thus, his successor, Walter A. McNeil, is the proper respondent and will be substituted in his stead.

order, but he is not required to do so.  Upon receipt of the Respondent's arguments and

Petitioner's response (if any), the court will review the file to determine whether an evidentiary

hearing is required.  An evidentiary hearing will not be required unless consideration of disputed

evidence outside the state court record appears necessary to the court.  If it is determined that an

evidentiary hearing is not required, the court will dispose of the petition as justice requires

pursuant to § 2254 Rule 8(a).

Accordingly, it is **ORDERED:**

That Walter A. McNeil is hereby **SUBSTITUTED** in stead of James McDonough as the

proper respondent;

That the clerk shall furnish by certified mail, return receipt requested, a copy of the

petition for writ of habeas corpus, Document 1, and this order to Respondent and the Attorney

General of the State of Florida;

That Respondent shall file an answer or other pleading on or before **May 12, 2008;**

That Petitioner shall have until **June 12, 2008**, to file a response, if desired.

**DONE AND ORDERED** this   _10th_   day of March, 2008.


_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**