IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**DAVID CASON,**

    Petitioner,

vs.                                             CASE NO. 1:07cv261-MMP/AK

**WALTER MCNEIL,**

    Respondent.

_____/

## ORDER

This cause is before the Court on Respondent's motion for extension of time to file his response to the petition for writ of habeas corpus. Doc. 8. Simultaneously, Respondent filed his response, which is now two days late. This is of no consequence and does not prejudice Petitioner in the least. The motion is therefore **GRANTED**, and the response is hereby considered timely.

**SO ORDERED** this __16th__ day of May, 2008.

                                          _s/ A. KORNBLUM_
                                          **ALLAN KORNBLUM**
                                          **UNITED STATES MAGISTRATE JUDGE**