IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DAVID CASON,

    Petitioner,

v.                                        CASE NO. 1:07-cv-00261-MP-AK

WALTER McNEIL,

    Respondent.

_____/

**O R D E R**

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, which recommends that Petitioner's request for habeas corpus relief pursuant to 28 U.S.C. § 2254 be denied. Petitioner has filed an objection at Doc. 15. Pursuant to 28 U.S.C. § 636(b)(1), the Court has completed a *de novo* review of those portions of the Report to which Petitioner objects. For the reasons stated below, the Court will adopt the Report and Recommendation and deny the petition for writ of habeas corpus.

In his objection, Petitioner continues to argue that there is insufficient evidence to sustain the prison disciplinary hearing team's finding that Petitioner was guilty of possessing contraband, noting that many other prisoners had access to the desk in which the contraband was found. Petitioner's access to the desk, however, was not the only piece of evidence supporting the disciplinary team's finding of guilt. As the Magistrate points out, the prison officials discovered the contraband in Petitioner's assigned work area, under a loose board in a desk. The Court agrees with the Magistrate that this constitutes "some evidence" in support of the disciplinary team's finding. See Superintendent, Massachusetts Correctional Institution v. Hill,

472 U.S. 445, 455 (1985).  Petitioner's second objection is without merit.  Accordingly, it is

hereby

    **ORDERED AND ADJUDGED:**

The Report and Recommendation of the Magistrate Judge (Doc. 12) is ADOPTED and incorporated herein.  The Petition for Writ of Habeas Corpus (Doc. 1) is DENIED, and this cause is DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this   *22nd* day of May, 2009

    *s/Maurice M. Paul*
    Maurice M. Paul, Senior District Judge